UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT FARROW, | ) Case No.: 5:13-CV-05292-LHK |
| Plaintiff, | ) ORDER ON REDACTION |
| v. | ) |
| FUJITSU AMERICA, INC., | ) |
| Defendant. | ) |

The Court notes that at least ECF No. 10-2, which Defendant filed as an exhibit to a motion, appears to contain Plaintiff's personal information, including his Social Security Number. The Court has restricted access to ECF No. 10-2. Defendant is ORDERED to file an appropriately redacted copy of ECF No. 10-2 and any other exhibits that contain confidential information by April 4, 2014.

**IT IS SO ORDERED.**

Dated: April 3, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge