**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT FARROW, ) | Case No.: 5:13-CV-05292-LHK |
| ) | |
| Plaintiff, ) | ORDER VACATING ADR PHONE |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| FUJITSU AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

In light of the parties' joint request in their April 3, 2014 Joint Case Management Statement (ECF No. 21) to schedule any ADR Phone Conference after April 10, 2014, the ADR Phone Conference scheduled for April 7, 2014 at 11:00 A.M. (ECF No. 25) is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 4, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge